## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**Irving Robinson,**

                                       **Case No. CV 08-821 HU**

                    **Plaintiff(s),**

                                         **ORDER OF DISMISSAL**

         **v.**

**Multnomah County et al,**

                    **Defendant(s).**

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that, pursuant to LR 41.1, this action is dismissed with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are denied as moot. All pretrial deadlines and any trial date are stricken.

Dated: October 29, 2008

                                            SHERYL S. McCONNELL, Clerk of Court

                                           by _____/s/Steven L. Minetto_____
                                               Steven L. Minetto, Deputy Clerk

cc: Counsel

ORDER OF DISMISSAL